**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



John E. Hoffman, Jr.
United States Bankruptcy Judge

**Dated: September 26, 2014**

_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 14-55300 |
| | : | |
| Artemis Laser & Vein Center, LLC | : | Chapter 11 |
| | : | |
| Debtor. | : | Judge Hoffman |

### ORDER GRANTING IN PART MOTION OF ARTEMIS LASER & VEIN CENTER, LLC, DEBTOR AND DEBTOR IN POSSESSION, FOR ORDER APPROVING THE REJECTION OF CERTAIN UNEXPIRED LEASES OF NONRESIDENTIAL REAL ESTATE [REL. NO. DOC. 49]

This matter comes before the Court on the *Motion of Artemis Laser & Vein Center, LLC, Debtor and Debtor in Possession, for Order Approving the Rejection of Certain Unexpired Leases of Nonresidential Real Estate* (the "Motion") [Doc. 49], filed on August 29, 2014, by Artemis Laser & Vein Center, LLC, the debtor and debtor in possession (the "Debtor"). Through the Motion and pursuant to 11 U.S.C. 365, the Debtor seeks authority to reject certain nonresidential real property leases effective as of July 28, 2014.

The Motion was served on the Debtor, the Office of the United States Trustee, the twenty largest unsecured creditors, all secured creditors, the landlords associated with the Leases[1], and those other parties requesting notice. The time period for filing an objection to the Motion has lapsed and two (2) objections were filed, to wit: (i) the *Limited Objection to Motion of Artemis Laser & Vein Center, LLC, for Order Approving The Rejection of Certain Unexpired Leases of Nonresidential Real Estate* (the "Austin Landlord Objection") [Doc. No. 65] filed by Simon Property Group, Inc. with respect to the Austin, Texas space; and (ii) the *Limited Objection of Short Pump Investors, LLC to Debtor's Motion for Order Approving Rejection and Cross-Motion For Payment of Post-Petition Rent Pursuant to 11 U.S.C. 355(d)(3)* (the "Richmond Landlord Objection") [Doc. No. 67] filed by Short Pump Investors, LLC with respect to the Richmond, Virginia space. The Austin Landlord Objection and the Richmond Landlord Objection are collectively referred to herein as the Limited Objections. The Court has set a hearing on these two (2) Limited Objections for November 6, 2014 at 2:00 p.m.

Based upon the matters contained in the Motion, proper service of the Motion having been completed and, other than the Limited Objections, no objections to the Motion having been filed by the landlords (collectively, the "Non-Objecting Landlords") with respect to the following leased spaces: (i) Nashville, Tennessee, with Brooksville Properties, Inc. (the "Nashville Lease"); (ii) Southlake, Texas, with WSG Wyndham Plaza, Ltd., (the "Southlake Lease"); (iii) Indianapolis, Indiana, with Plum Creek Partners, LLC (the "Indianapolis Lease") (collectively, the "Rejected Leases"), the Court finds the Motion to be well-taken and it is approved with respect to the Rejected Leases. The Court finds that the rejection of the Rejected Leases between the Non-Objecting Landlords and the Debtor pursuant to 11 U.S.C. 365 is within the sound business judgment of the Debtor and appropriate under the circumstances.

---

[1] Capitalized terms have the same meaning as set forth in the Motion.

It is therefore ORDERED AND DECREED as follows:

1. Each of the Rejected Leases are hereby rejected (but not terminated), effective as of July 28, 2014.

2. Each of the Non-Objecting Landlords related to the Rejecting Leases are entitled to immediate possession of the properties subject of the respective Rejected Leases.

3. The Debtor is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order and in accordance with the Motion.

4. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5. Within five business days of the entry of this Order, the Debtor will serve a copy of the Order upon the twenty largest unsecured creditors, the secured creditors, and the landlords of the various Rejected Leases. Counsel for the Debtor will file a certificate of service attesting to the same.

IT IS SO ORDERED.

SUBMITTED BY:

　/s/  James A. Coutinho　　　　　　　　
J. Matthew Fisher     (0067192)
Thomas R. Allen       (0017513)
James A. Coutinho     (0082430)
Allen Kuehnle Stovall & Neuman LLP
17 South High Street, Suite 1220
Columbus, OH 43215
Telephone:   (614) 221-8500
Facsimile:   (614) 221-5988
E-mail:      fisher@aksnlaw.com
             allen@aksnlaw.com
             coutinho@aksnlaw.com
*Proposed Counsel for Debtor and Debtor in Possession*

Copies to Default List

# # #