**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



John E. Hoffman, Jr.
United States Bankruptcy Judge

**Dated: November 2, 2014**

_____

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 14-55300 |
| | : | |
| Artemis Laser & Vein Center, LLC | : | Chapter 11 |
| | : | |
| Debtor. | : | Judge John E. Hoffman, Jr. |

### ORDER GRANTING MOTION OF ARTEMIS LASER & VEIN CENTER, LLC, DEBTOR AND DEBTOR IN POSSESSION, TO EXTEND DEBTOR'S EXCLUSIVE PERIOD IN WHICH TO FILE A PLAN AND SOLICIT ACCEPTANCES THEREOF PURSUANT TO 11 U.S.C. § 1121(d) (DOC. 84)

This matter comes before the Court on the *Motion of Artemis Laser & Vein Center, LLC, Debtor and Debtor in Possession, to Extend Debtor's Exclusive Period in Which to File a Plan and Solicit Acceptances Thereof Pursuant to 11 U.S.C. § 1121(d)* (the "Motion") (Doc. 84) filed on October 24, 2014, by Artemis Laser & Vein Center, LLC, the debtor and debtor in possession (the "Debtor"). Through the Motion and pursuant to 11 U.S.C. 1121(d), the Debtor seeks to (1) extend the period during which the Debtor has the exclusive right to file a chapter 11 plan ("Exclusive Filing Period") by ninety (90) days, through and including February 23, 2015; and (2)

extend the period during which Debtor has the exclusive right to solicit acceptances of any plan filed during the Exclusive Filing Period ("Exclusive Solicitation Period", together with the Exclusive Filing Period, the "Exclusive Periods") by ninety (90) days after the end of the Exclusive Filing Period, through and including May 24, 2014.

The Motion was served on the Office of the United States Trustee, the twenty largest unsecured creditors, lien creditors, and those parties requesting notice. Pursuant to LBR 3016-1(b), this order granting the enlargement of the exclusivity period was submitted simultaneously with the filing of the Motion, which grants all parties in interest twenty-one (21) days following the date of service of the order to file objections. Based on the matters contained in the Motion, the Court finds the Motion to be well-taken and it is approved.

It is therefore ORDERED and DECREED as follows:

1.      The Debtor's Exclusive Filing Period is extended by an additional ninety (90) days through and including February 23, 2015, and its Exclusive Solicitation Period is also extended by an additional ninety (90) days through and including May 23, 2015, without prejudice to Debtor's rights to seek further extensions upon motion and notice.

2.      The Debtor will serve this Order to all parties and creditors in interest within three (3) business days following entry of this Order, and Debtor will file a certificate of service reflecting the same.

3.      All creditors and parties in interest shall have twenty-one (21) days from the date of service of this Order under LBR 3016-1(b) to file any objections to the Motion.

IT IS SO ORDERED.

SUBMITTED BY:

 /s/  James A. Coutinho
J. Matthew Fisher        (0067192)
Thomas R. Allen          (0017513)
James A. Coutinho        (0082430)
Allen Kuehnle Stovall & Neuman LLP
17 South High Street, Suite 1220
Columbus, OH 43215
Telephone:       (614) 221-8500
Facsimile:       (614) 221-5988
E-mail:          fisher@aksnlaw.com
allen@aksnlaw.com; coutinho@aksnlaw.com
*Counsel for Debtor and Debtor in Possession,*
*Artemis Laser & Vein Center, LLC*

Copies to Default List.

# # #