**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



John E. Hoffman, Jr.
United States Bankruptcy Judge

**Dated: November 7, 2014**

_____

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 14-55300 |
| | : | |
| Artemis Laser & Vein Center, LLC | : | Chapter 11 |
| | : | |
| Debtor. | : | Judge John E. Hoffman, Jr. |

**STIPULATION AND AGREED ORDER ON MOTION OF ARTEMIS LASER AND VEIN CENTER, DEBTOR AND DEBTOR IN POSSESSION, FOR ORDER APPROVING THE REJECTION OF CERTAIN UNEXPIRED LEASES OF NON-RESIDENTIAL REAL ESTATE [DOC. NO. 49]; AND LIMITED OBJECTION OF SHORT PUMP INVESTORS, LLC TO DEBTOR'S MOTION FOR ORDER APPROVING REJECTION AND CROSS-MOTION FOR PAYMENT OF POST-PETITION RENT PURSUANT TO 11 U.S.C. §355(d)(3) [DOC. NO. 67]**

This matter comes before the Court on the *Motion of Artemis Laser & Vein Center, Debtor and Debtor in Possession, For Order Approving The Rejection of Certain Unexpired Leases of Non-Residential Real Estate* (the "Motion") [Doc. No. 49], filed on August 29, 2014, by Artemis Laser & Vein Center, LLC, the debtor and debtor in possession (the "Debtor"), and the *Limited Objection of Short Pump Investors, LLC to Debtor's Motion For Order Approving Rejection and Cross-Motion For Payment of Post-Petition Rent Pursuant to 11 U.S.C. §355(d)(3)* (the "Limited Objection") [Doc. No. 67], filed on September 19, 2014, by Short Pump Investors, LLC ("Short

Pump").

Based on the stipulation and agreement of the Debtor and Short Pump, and for good cause shown, it is hereby ORDERED AND DECREED as follows:

1. The Virginia Lease[1] is deemed rejected effective September 15, 2014.

2. Short Pump is entitled to immediate and continued possession of the property that is subject of the Lease.

3. Short Pump is granted an allowed administrative claim in the sum of $14,887.71, for rent under the Lease from the Petition Date through September 15, 2014, payment of which is deferred until further order of this Court.

4. The hearing scheduled for November 6, 2014 at 2:00 p.m. pursuant to the *Notice to Creditors and Other Parties in Interest* [Doc. No. 68] is hereby cancelled and vacated.

**IT IS SO ORDERED.**

Stipulated and Agreed to by:

/s/ J. Matthew Fisher
J. Matthew Fisher    (0067192)
Thomas R. Allen      (0017513)
James A. Coutinho    (0082430)
Allen Kuehnle Stovall & Neuman LLP
17 South High Street, Suite 1220
Columbus, OH 43215
Telephone:    (614) 221-8500
Facsimile:    (614) 221-5988
E-mail:       fisher@aksnlaw.com
              allen@aksnlaw.com
              coutinho@aksnlaw.com
*Counsel for Debtor and Debtor in Possession*

---

[1] Capitalized terms shall have the same definition as ascribed to therein in the Motion.

/s/ Patricia B. Fugee via e-mail authorization 10/27/14
Patricia B. Fugee       (0070698)
Roetzel & Andress
One SeaGate, 17th Floor
Toledo, OH  43604
Telephone:     (419) 242-5261
Facsimile:     (419) 242-0316
E-mail:        pfugee@ralaw.com
*Counsel for Short Pump Investors, LLC*

Copies to Default Parties plus additional party:

Via ECF:

- Patricia Fugee

###