**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



John E. Hoffman, Jr.
United States Bankruptcy Judge

**Dated: November 14, 2014**

_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 14-55300 |
| | : | |
| Artemis Laser & Vein Center, LLC | : | Chapter 11 |
| | : | |
| Debtor. | : | Judge John E. Hoffman, Jr. |

**STIPULATION AND AGREED ORDER ON MOTION OF ARTEMIS LASER AND VEIN CENTER, DEBTOR AND DEBTOR IN POSSESSION, FOR ORDER APPROVING THE REJECTION OF CERTAIN UNEXPIRED LEASES OF NON-RESIDENTIAL REAL ESTATE [DOC. NO. 49]; AND LIMITED OBJECTION TO MOTION OF ARTEMIS LASER & VEIN CENTER, LLC FOR ORDER APPROVING REJECTION AND CROSS-MOTION FOR PAYMENT OF POST-PETITION RENT PURSUANT TO 11 U.S.C. §355(d)(3) [DOC. NO. 65]**

This matter comes before the Court on the *Motion of Artemis Laser & Vein Center, Debtor and Debtor in Possession, For Order Approving The Rejection of Certain Unexpired Leases of Non-Residential Real Estate* (the "Motion") [Doc. No. 49], filed on August 29, 2014, by Artemis Laser & Vein Center, LLC, the debtor and debtor in possession (the "Debtor"); and the *Limited Objection to Motion of Artemis Laser & Vein Center, LLC For Order Approving Rejection and Cross-Motion For Payment of Post-Petition Rent Pursuant to 11 U.S.C. §355(d)(3)* (the "Limited Objection") [Doc. No. 65], filed on September 18, 2014, by Simon Property Group, Inc. ("SPG").

Based on the stipulation and agreement of the Debtor and SPG, and for good cause shown, it is hereby ORDERED AND DECREED as follows:

1. The Austin Lease[1] is deemed rejected effective September 29, 2014.

2. SPG is entitled to immediate and continued possession of the property subject of the Lease.

3. SPG is granted an allowed administrative claim in the sum of $19,446.70, for accrued rent under the Austin Lease from the Petition Date through September 29, 2014, payment of which is deferred until further order of this Court.

**IT IS SO ORDERED.**

Stipulated and Agreed to by:

/s/ J. Matthew Fisher
J. Matthew Fisher     (0067192)
Thomas R. Allen       (0017513)
James A. Coutinho     (0082430)
Allen Kuehnle Stovall & Neuman LLP
17 South High Street, Suite 1220
Columbus, OH 43215
Telephone:     (614) 221-8500
Facsimile:     (614) 221-5988
E-mail:        fisher@aksnlaw.com
               allen@aksnlaw.com
               coutinho@aksnlaw.com
*Counsel for Debtor and Debtor in Possession*

/s/ Ronald M. Tucker
Ronald M. Tucker     (IN Bar No. 11428-49)
Simon Property Group, Inc.
225 West Washington Street
Indianapolis, IN  46204
Telephone:     (317) 263-2346
Facsimile:     (317) 263-7901
E-mail:        rtucker@simon.com
*Counsel for Simon Property Group, Inc.*

---

[1] Capitalized terms shall have the same definition as ascribed to therein in the Motion.

Copies to Default Parties plus additional party:

Via ECF:

    Ronald Tucker

###