# United States Bankruptcy Court
## Southern District of Ohio

In re   **Artemis Laser & Vein Center, LLC**                                        Case No.  **2:14-bk-55300**

                                        Debtor(s)                                     Chapter   **11**

## NOTICE OF CHANGE OF ADDRESS

**The Creditor's former mailing address was:**

Name:   **Clarus Partners LLC**

Address:   **350 East First Avenue, Suite 150**
**Columbus, OH  43201**

**Please be advised that effective July 17, 2015,**
**The Creditor's new mailing address is:**

Name:   **Clarus Partners LLC**

Address:   **1233 Dublin Road**
**Columbus, OH  43215**

 

**/s/ J. Matthew Fisher**
**J. Matthew Fisher 0067192**
**James A. Coutinho 0082430**
**Allen Kuehnle Stovall & Neuman LLP**
**17 South High Street, Suite 1220**
**Columbus, OH  43215**
**Telephone:  614-221-8500**
**Facsimile:  614-221-5988**
**E-mail: fisher@aksnlaw.com**
**coutinho@aksnlaw.com**
**Counsel for Debtor**